788 A.2d 282
IN THE MATTER OF RAFAEL M. PANTOJA,
JR., AN ATTORNEY AT LAW.

January 24, 2002.

### ORDER

The Disciplinary Review Board having filed a report with the Court in DRB 96–343, concluding that as a matter of reciprocal discipline, **RAFAEL M. PANTOJA, JR.,** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1985, and who

was temporarily suspended from the practice of law by Order of the Court filed on September 28, 1994, and who remains suspended at this time, be disbarred based on his disbarment by the Supreme Court of New York on June 16, 1994, for conduct constituting violations of *RPC* 8.4(b)(criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and **RAFAEL M. PANTOJA, JR.,** having failed to appear on the return date of the Order to Show Cause in this matter, and good cause appearing;

It is ORDERED that **RAFAEL M. PANTOJA, JR.,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **RAFAEL M. PANTOJA, JR.,** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.